# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**TIFFANY ANN CREASE,**

    Petitioner,

vs.                                    Case No. 4:07cv169-SPM/WCS

**WARDEN PAIGE AUGUSTINE,**

    Respondent.

_____/

## REPORT AND RECOMMENDATION TO DISMISS § 2241 PETITION

Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 with supporting argument and exhibits. Docs. 1 (petition with exhibits) and 2 (memorandum, titled "Introduction"). The court entered an order to respond to the petition, discussing the prior history and noting that it was not clear whether the trial court (the Southern District of Florida) had considered a letter regarding a nunc pro tunc designation. Doc. 7.

Respondent filed a motion to dismiss the § 2241 petition. Doc. 9. Pursuant to this court's order, the Bureau of Prisons (BOP) contacted the sentencing court and a nunc pro tunc designation was granted. Petitioner's sentence computation was

adjusted and her release date changed from July 2, 2008, to August 3, 2007.  Doc. 9 at p. 6 and Ex. 1.

Petitioner did not file a response to the motion to dismiss, and review of the website for the BOP reveals that she was released on August 3, 2007.  She has not advised the court of her address change.

It is therefore respectfully **RECOMMENDED** that the motion to dismiss (doc. 9) be **GRANTED** and the § 2241 petition be **SUMMARILY DISMISSED** as moot.

**IN CHAMBERS** at Tallahassee, Florida, on January 16, 2008.


 S/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**