IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TIFFANY ANN CREASE,

      Petitioner,

vs.                                                Case No: 4:07cv169-SPM/WCS

WARDEN PAIGE AUGUSTINE

      Respondent.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the magistrate judge's "Report and Recommendation" (doc. 11). The parties were furnished a copy and afforded an opportunity to file objections. Petitioner has not filed any objections.

Petitioner has failed to respond to Respondent's motion to dismiss. Additionally, Petitioner has been released from the Bureau of Prisons and has not advised the Court of a new address.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Report and Recommendation (doc. 11) is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (doc. 9) is hereby *granted*.

3. Petitioner's §2241 petition for writ of habeas corpus (doc. 1) is hereby *dismissed*.

**DONE AND ORDERED** this eleventh day of March, 2008.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge